IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

1:02-cv-1188-REB-OES

SUSANN STALCUP,
CRAIG LEWIS and
SHARON LEWIS,

Plaintiffs,

v.

SCHLAGE LOCK COMPANY and
INGERSOLL-RAND COMPANY,

Defendants.

_____

## ORDER ON DEFENDANTS' UNOPPOSED MOTION TO CHANGE SCHEDULING ORDER DEADLINES
_____

Defendants filed their Unopposed Motion to Change Scheduling Order Deadlines on August 31, 2005.

Defendants' Motion is GRANTED and the deadlines are changed as follows:

1. Defendants' motions requesting discovery from individual class members, submission of questionnaires to class members, and Rule 34 Requests to Enter Upon Land for Inspection and Other Purposes -- October 24, 2005;

2. Plaintiffs' opposition -- November 14, 2005;

3. Defendants' reply -- November 29, 2005; and

        4.       Mailing of any approved questionnaire -- December 19, 2005, with a return date requested of January 9, 2006.

        Dated this 6th day of September, 2005.

s/ O. Edward Schlatter

_____
United States District Court
Magistrate Judge Schlatter