IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:02-cv-1188-REB-OES

SUSANN STALCUP,
CRAIG LEWIS and
SHARON LEWIS

    Plaintiffs,

v.

SCHLAGE LOCK COMPANY and
INGERSOLL-RAND COMPANY,

    Defendants.

## ORDER ON JOINT MOTION TO MODIFY SCHEDULING ORDER

    The parties filed their Joint Motion to Modify Scheduling Order on September 30, 2005.

    The Motion is GRANTED and the deadlines are changed as follows:

| | |
|---|---|
| Plaintiffs shall designate all experts and provide information required by Rule 26(a)(2) (including the experts' files) and dates the expenses are available for deposition | February 3, 2006 |
| Defendants' motions requesting discovery from individual class members, submission of questionnaires to class members, and Rule 34 requests to Enter Upon Land for Inspection and Other Purposes | February 24, 2006 |
| Depositions of Plaintiffs' experts | Completed by February 28, 2006 |
| Plaintiffs' response to defendants' motions for individual class member discovery | March 17, 2006 |

-2-

| | |
|---|---|
| Defendants' reply in support of motions for individual class member discovery | March 31, 2006 |
| Depositions of class representatives and Defendants' current or former employees | Completed by April 3, 2006 |
| If a questionnaire is approved by the Court, deadline for mailing to class members | April 10, 2006 |
| Return date of class member questionnaire | May 1, 2006 |
| Defendants shall designate all experts and provide information required by Rule 26(a)(2) (including the experts' files) and dates that experts are available for deposition | July 3, 2006 |
| Plaintiffs' shall designate all rebuttal experts and provide information required by Rule 26(a)(2) (including the rebuttal experts' files) and dates that rebuttal experts are available for deposition | July 21, 2006 |
| Depositions of Defendants' experts and Plaintiffs' rebuttal experts | Completed by July 28, 2006 |
| Discovery cutoff including any depositions the Court may allow of class members | July 28, 2006 |

DATED this 3rd day of October, 2005.

s/ O. Edward Schlatter

United States District Court
Magistrate Judge Schlatter