IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

02-cv-01188-REB-OES

SUSANN STALCUP,
CRAIG LEWIS and
SHARON LEWIS,

Plaintiffs,

v.

SCHLAGE LOCK COMPANY and
INGERSOLL-RAND COMPANY,

Defendants.

## ORDER ON MOTION TO MODIFY SCHEDULING ORDER

The parties filed their Joint Motion to Modify Scheduling Order on January 31, 2005. The Motion is GRANTED and the deadlines are changed as follows:

| | |
|---|---|
| Plaintiffs shall designate all experts and provide information required by Rule 26(a)(2) (including the experts' files) and dates the experts are available for deposition | March 6, 2006 |
| Defendants' motions requesting discovery from individual class members, submission of questionnaires to class members, and Rule 34 requests to Enter Upon Land for Inspection and Other Purposes | March 10, 2006 |
| Depositions of Plaintiffs' experts | Completed by the end of the day on March 31, 2006 |
| Plaintiffs' response to defendants' motions for individual class member discovery | March 27, 2006 |
| Defendants' reply in support of motions for individual class member discovery | April 10, 2006 |
| If a questionnaire is approved by the Court, deadline for mailing to class members | April 21, 2006 |

| | |
|---|---|
| Return date of class member questionnaire | May 15, 2006 |
| Defendants shall designate all experts and provide information required by Rule 26(a)(2) (including the experts' files) and dates that experts are available for deposition | August 2, 2006 |
| Plaintiffs' shall designate all rebuttal experts and provide information required by Rule 26(a)(2) (including the rebuttal experts' files) and dates that rebuttal experts are available for deposition | August 21, 2006 |
| Depositions of Defendants' experts and Plaintiffs' rebuttal experts | Completed by the end of the day on August 28, 2006 |
| Discovery cutoff including any depositions the Court may allow of class members | August 28, 2006 |
| Deadline for filing of dispositive motions | August 30, 2006 |
| Response briefs to dispositive motions | September 29, 2006 |
| Reply briefs in support of dispositive motions | October 16, 2006 |

In addition, the Final Pretrial Conference set for January 5, 2007 at 9:00 a.m. is vacated and reset for November 27, 2006 at 9:00 a.m.

Dated this 1st day of February, 2006.

BY THE COURT:

 s/O. Edward Schlatter
United States Magistrate Judge
O. Edward Schlatter