IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01188-REB-MEH

SUSAN STALCUP,
CRAIG LEWIS, and
SHARON LEWIS,

    Plaintiffs,

v.

SCHLAGE LOCK COMPANY, and
INGERSOLL-RAND COMPANY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 28, 2006.**

For good cause shown, the Motion for Correction of Electronic Service and Withdrawal of Certain Individual Attorneys No Longer Involved in Case [Filed March 24, 2006; Docket #211] is **granted.**

Attorneys Gale T. Miller, Anthony J. Shaheen, Victoria V. Johnson, and William A. Bianco are deemed **withdrawn** as counsel of record for the Defendants with regard to this case, and electronic service to them shall be terminated.

The following attorneys are deemed to have appeared as counsel on behalf of the Defendants, and electronic service to them shall be activated.

    1.    Adam S. Cohen
           Davis, Graham & Stubbs LLP - Colorado
           United States District Court Box 03
           1550 Seventeenth Street, #500
           Denver, CO 80202
           303-892-9400

        Fax: 303-893-1379
        Email:  adam.cohen@dgslaw.com

2.     Peter J. Krumholz
        Davis, Graham & Stubbs LLP - Colorado
        United States District Court Box 03
        1550 Seventeenth Street, #500
        Denver, CO 80202
        303-892-9400
        Fax: 303-893-1379
        Email:  peter.krumholz@dgslaw.com

3.     Richard P. Holme
        Davis, Graham & Stubbs LLP - Colorado
        United States District Court Box 03
        1550 Seventeenth Street, #500
        Denver, CO 80202
        303-892-9400
        Fax: 303-893-1379
        Email: richard.holme@dgslaw.com

For future reference, all counsel are directed to the provisions of District of Colorado Electronic Case Filing ("ECF") Procedure V(G)(3) concerning termination and activation of electronic service, and D.C.COLO.LCivR 11.1 and 83.3 for purposes of appearance and withdrawal of record. Any questions in this regard to termination and activation of electronic service should be directed to the ECF Help Desk at 303-335-2050 (local), 1-866-365-6381 (toll free), or cod_cmecf@cod.uscourts.gov.