IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01188-REB-MEH

SUSANN STALCUP,
CRAIG LEWIS, and
SHARON LEWIS,

    Plaintiffs,

vs.

SCHLAGE LOCK COMPANY and
INGERSOLL-RAND COMPANY,

    Defendants.

_____

### ORDER ON DEFENDANTS' MOTION FOR RECONSIDERATION
_____

Defendants have filed a Motion for Reconsideration (Docket #221) of this Court's Order dated April 7, 2006 denying Defendant's Motion for Protective Order (Docket #200). The Court notes that Defendants have filed an appeal of this Order to the United States District Judge (Docket #223). Therefore, the issue of reconsideration has been rendered moot. Accordingly, Defendants' Motion for Reconsideration [Filed April 13, 2006; Docket #221] is **denied** as moot.

Dated at Denver, Colorado, this 24th day of April, 2006.

                                  BY THE COURT:

                                  s/ Michael E. Hegarty
                                  Michael E. Hegarty
                                  United States Magistrate Judge