IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01188-REB-MEH

SUSAN STALCUP,
CRAIG LEWIS, and
SHARON LEWIS,

      Plaintiffs,

v.

SCHLAGE LOCK COMPANY, and
INGERSOLL-RAND COMPANY,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 31, 2006.**

Based upon the Status Report and Agreed Request for Abeyance (Docket #232), the following motions are **denied**, without prejudice and subject to re-filing if appropriate, pending settlement of this matter:

1. Defendants' Motion to Compel Compliance with Prior Court Order and for Sanctions [Filed May 2, 2006; Docket #227]; and

2. Defendants' Motion to Compel Discovery From Plaintiff Susann Stalcup [Filed May 5, 2006; Docket #230].