
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No. 02-cv-001188-REB-MEH          Date: July 25, 2006
Courtroom Deputy: Cathy Coomes                 **FTR – Courtroom A601**

---

| | |
|---|---|
| SUSANN STALCUP,<br>CRAIG LEWIS, and<br>SHARON LEWIS,<br><br>Plaintiff(s);<br><br>vs.<br><br>SCHLAGE LOCK COMPANY, INC.; and<br>INGERSOLL-RAND COMPANY, INC.;<br><br>Defendant(s). | D. Robert Jones<br><br><br><br><br><br><br>Adam S. Cohen<br>Gail L. Wurtzler |

---

### COURTROOM MINUTES/MINUTE ORDER

---

**\*TELEPHONIC MOTION HEARING**

**Court in session:      10:17 a.m.**

Court calls case. Appearances of counsel. All counsel appear by telephone.

Opening statements by the Court.

Discussion regarding the status of the case. Counsel advise the Court that the parties have reached an agreement in principle to settle this case but have not finalized the documents to be submitted to the Court.

Discussion regarding Joint Motion to Modify Scheduling Order (Doc. #234, filed 7/13/06). Counsel agree to modify the Motion to **vacate** the deadlines instead of **modifying** the Scheduling Order.

**ORDERED:**   1.   The Joint Motion to Modify (Second) Scheduling Order (Doc. #234, filed 7/13/06) is GRANTED, **with the stipulated change to the motion that the dates be VACATED instead of modified.**

    2.      Plaintiffs shall submit to Defendants their comments regarding the settlement agreement, proposed revisions, and Motion for Attorneys' Fees on or before **August 18, 2006.**

    3.      Settlement documents shall be filed with the Court on or before **September 1, 2006.**

**Court in recess:** 10:25 a.m.  (Hearing concluded)
**Total time in court:** 0:08

\* To order a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.