**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Case No. 02-cv-1188-REB-OES

SUSANN STALCUP,
CRAIG LEWIS, and
SHARON LEWIS,

    Plaintiff(s)

v.

SCHLAGE LOCK COMPANY, and
INGERSOLL-RAND COMPANY, INC.,

    Defendants.

---

MINUTE ORDER[1]

---

    The Unopposed Motion to Allow Convention [*sic*] Filing of Documents in Support of Motion for Attorneys Fees and Reimbursement of Costs [#250], filed September 11, 2006, is GRANTED and plaintiffs are permitted to submit their documents in support of the motion for attorney fees and reimbursement of costs in the conventional manner.

Dated: September 11, 2006

-------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.