**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Case No. 02-cv-01188-REB-MEH

SUSANN STALCUP,
CRAIG LEWIS, and
SHARON LEWIS,

    Plaintiff(s)
v.

SCHLAGE LOCK COMPANY, and
INGERSOLL-RAND COMPANY, INC.,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter before the court is the **Agreed Motion to Substitute Report of Daniel Schendzielos** [#263], filed September 27, 2006.  Said motion is GRANTED and the tendered report of expert Daniel Schendzielos, Esq. is accepted for filing.

Dated:  September 27, 2006
-----------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.