# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date: November 3, 2006

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No.  02-cv-01188-REB-MEH**

| | |
|---|---|
| SUSANN STALCUP, et al., | Robert Jones |
| Plaintiffs, | Perry Sanders |
| v. | |
| SCHLAGE LOCK COMPANY, INC., | Gail Wurtzler, |
| INGERSOLL-RAND COMPANY, | John Soriano |
| Defendants. | Adam Cohen |

---

# COURTROOM MINUTES
---

**Hearing: Fairness Hearing**

**1:40 p.m.      Court in session.**

Appearances of counsel.

Opening statements by the court.

Statements to the court by Mr. Perry Sanders, for the plaintiffs.

Statements to the court by Ms. Wurtzler, for the defendants.

**It is ORDERED**:

1. That the plaintiffs Motion to Replace Class Representatives, [#206] filed March 22, 2006, is **taken under advisement.**

2. That plaintiffs Unopposed Motion for Attorney Fees and Reimbursement of Litigation Expenses, [#257] filed September 22, 2006, is **taken under advisement.**

3. That plaintiffs Unopposed Motion to Convert Objections to Opt-outs, [#290] filed November 3, 2006, is **taken under advisement**.

1:55 p.m.     Court in recess.

*Total court time: 00:15 minutes - hearing concluded*