**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 02-cv-01188 REB-MEH

SUSANN STALCUP,
CRAIG LEWIS, and
SHARON LEWIS,

    Plaintiffs,

v.

SCHLAGE LOCK COMPANY, and
INGERSOLL-RAND COMPANY,

    Defendants.

## ORDER CONVERTING OBJECTIONS TO EXCLUSION REQUESTS

**Blackburn, J.**

This matter is before me on the plaintiffs' **Unopposed Motion to Convert Objections to Opt-Outs** [#290], filed November 3, 2006. The motion is granted.

Edwin Bryant, a member of the plaintiff class in this case, filed an objection to the proposed settlement [#287] on October 31, 2006. After discussions with counsel for the plaintiff class, Mr. Bryant sent a brief letter to class counsel indicating that he wished to be excluded from the plaintiff class. *Motion to convert* [#290], filed November 3, 2006, Exhibit 1. Similarly, class members James and Dionne Benavidez filed an objection to the proposed settlement [#288] on October 31, 2006. After discussions with counsel for the plaintiff class, James and Dionne Benavidez sent a brief letter to the court and to class counsel indicating that they wished to be excluded from the plaintiff class. *Motion to convert* [#290], filed November 3, 2006, Exhibit 2.

Based on the express wishes of objectors Edwin Bryant and James and Dionne Benavidez, their filings which were docketed as objections [#s 287 and 288], filed October 31, 2006, should be treated as statements of their intent to be excluded from the plaintiff class in this case.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiffs' **Unopposed Motion to Convert Objections to Opt-Outs** [#290], filed November 3, 2006, is **GRANTED**; and

2. That the filings of Edwin Bryant [#287] and James and Dionne Benavidez [#288], both filed October 31, 2006, **SHALL BE TREATED** as statements of their intent to be excluded from the plaintiff class in this case.

Dated January 5, 2007, at Denver, Colorado.

**BY THE COURT:**

_____
**Robert E. Blackburn**
**United States District Judge**