# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 02-cv-01188 REB-MEH

SUSANN STALCUP,
CRAIG LEWIS, and
SHARON LEWIS,

Plaintiffs,

v.

SCHLAGE LOCK COMPANY, and
INGERSOLL-RAND COMPANY,

Defendants.

## ORDER AMENDING
## ORDER AWARDING ATTORNEY FEES AND EXPENSES [#296]

**Blackburn, J.**

This matter is before me *sua sponte*. On January 8, 2007, I issued an Order Awarding Attorney Fees and Expenses [#296]. The order discusses lead counsel's request for an award of $5,995,000.00 for attorney fees and expenses. That is the amount discussed throughout the order, and which is approved in the order.

However, paragraph two of the orders portion of Order Awarding Attorney Fees and Expenses [#296], shown on page twelve of the order, awards the amount of $5,595,000.00 (five million five hundred ninety-five thousand dollars) for attorney fees and litigation costs. This amount is a typographical error, which should be corrected.

**THEREFORE, IT IS ORDERED** as follows:

1. That paragraph number two on page twelve of my Order Awarding Attorney Fees and Expenses [#296], filed January 8, 2007, is **AMENDED** to award lead counsel

for the plaintiff class $5,995,000.00 dollars (five million nine hundred ninety-five thousand dollars) for both attorney fees and litigation costs, rather than $5,595,000.00 (five million five hundred ninety-five thousand dollars);

    2.   That otherwise my Order Awarding Attorney Fees and Expenses [#296], filed January 8, 2007, **SHALL REMAIN** in full force and effect.

    Dated January 9, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**